UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:23cv07268 CAS (JCx) | Date: August 7, 2024 |
| Title *DISCOVER NIGHT, LLC V. SCAN GLOBAL, LLC, ETC. ET AL.* | |

Present: The Honorable   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) – ORDERS TO SHOW CAUSE; AND DOE DISMISSAL

### ORDERS TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 30, 2024**, why this action should not be dismissed for lack of prosecution as to **defendants Cartage Transport Express, Inc.; Joe Cincotta; KG Logistics, LLC; and NS Transport, only.**

Plaintiff is advised that the Court will consider the following:
- A proof of service of summons and amended complaint[28] on **defendants Cartage Transport Express, Inc.; Joe Cincotta; and KG Logistics, LLC;** and
- An answer to the amended complaint[28] by **defendant NS Transport,** or plaintiff's request for entry of default on this defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

**IT IS FURTHER ORDERED** that **COUNTERCLAIMANT** show cause in writing not later than **August 30, 2024**, why this action should not be dismissed for lack of prosecution as to **counter defendant Discover Night, LLC.**

Counterclaimant is advised that the Court will consider an answer to the Second Amended Counterclaim[33] by **counter defendant Discover Night LLC,** or plaintiff's request for entry of default on this counter defendant on or before the above date, as a satisfactory response to the Order to Show Cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:23cv07268 CAS (JCx)                                                Date: August 7, 2024

Title  *DISCOVER NIGHT, LLC V. SCAN GLOBAL, LLC, ETC. ET AL.*

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

## DOE DISMISSAL

Pursuant to Local Rule 19-1, no complaint, amended complaint or petition shall be filed that includes more than ten (10) Doe or fictitiously named parties. Accordingly, the Court hereby **DISMISSES** Doe Defendants 11 through 50, inclusive.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |